# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZUBAIR R. TAALIBUDDEEN, | : | CIVIL NO.: 1:22-CV-01354 |
| | : | |
| Plaintiff, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| | : | |
| NEWBERRY TOWNSHIP, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER
January 24, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the partial motion (*doc. 20*) to dismiss filed by Newberry Township and Officer Klinefelter is **GRANTED IN PART** and **DENIED IN PART** as follows: the motion is **GRANTED** to the extent that the *Monell* claim against Newberry Township (Count V) is dismissed and the defamation claim in Count VI against Officer Klinefelter is dismissed; the motion is **DENIED** in all other respects.   **IT IS FURTHER ORDERED** that the motion (*doc. 21*) to dismiss filed by Walmart is **GRANTED IN PART** and **DENIED IN PART** as follows: the motion is **GRANTED** to the extent that the assault, battery,

and defamation claims in Count VI against Walmart are dismissed; the motion is

**DENIED** in all other respects.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
